**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-402**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

**OFELIA XILOJ,**

**Defendant.**

**ORDER**

Plaintiff's Complaint indicates that Plaintiff intended to file this action in the Southern District of Ohio, Western Division at Dayton. Plaintiff's counsel also contacted the Clerk's office and advised that this case was inadvertently filed at the wrong seat of Court. "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 42 U.S.C. § 1406. Accordingly, in the interests of justice, the Court *sua sponte* **TRANSFERS** this action to the Western Division of this Court, at Dayton, Ohio..

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE